IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

| | |
|---|---|
| LESLIE WAYNE DOUBLEDAY, | § |
| Plaintiff, | § |
| v. | § CIVIL ACTION NO.<br>§ 3:20-CV-208-MPM-JMV |
| ANDREW SAUL, COMMISSIONER<br>OF SOCIAL SECURITY, | § |
| Defendant. | § |

## ORDER

After consideration of *Defendant's Motion for Stay of Proceedings*, the Court is of the opinion the motion should be granted in part only.

IT IS, THEREFORE, ORDERED that this action is STAYED for 60 days from this date or until Defendant files a certified copy of the administrative record, whichever is earlier.

SO ORDERED this 6th day of October, 2020.

/s/ Jane M. Virden
UNITED STATES MAGISTRATE JUDGE