# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

**LESLIE WAYNE DOUBLEDAY**                                                          **PLAINTIFF**

V.                                                                                  **NO. 3:20cv00208-JMV**

**KILOLO KIJAKAZI,**
**Acting Commissioner of Social Security**[1]                                   **DEFENDANT**

## FINAL JUDGMENT

This cause is before the Court on the Plaintiff's complaint pursuant to 42 U.S.C. § 405(g) for judicial review of an unfavorable final decision of the Commissioner of the Social Security Administration regarding applications for a period of disability and disability insurance benefits and supplemental security income benefits. The parties have consented to entry of final judgment by the United States Magistrate Judge under the provisions of 28 U.S.C. § 636(c), with any appeal to the Court of Appeals for the Fifth Circuit. The Court, having reviewed the record, the administrative transcript, the briefs of the parties, and the applicable law and having heard oral argument, finds as follows, to-wit:

For the reasons set forth in the Acting Commissioner's brief and argued by her counsel during oral argument, as well as for the reasons announced by the Court on the record at the conclusion of the hearing held in this matter on August 12, 2021, the Court finds there is no reversible error, and the Commissioner's decision is supported by substantial evidence in the record. Therefore, the decision of the Commissioner is hereby **AFFIRMED**.

**SO ORDERED AND ADJUDGED** this 17th day of August, 2021.

                                                                 /s/ Jane M. Virden
                                                                 U.S. MAGISTRATE JUDGE

---

[1] The Clerk is directed to amend the record to reflect the substitution of the Acting Commissioner as successor in the place of Andrew Saul.